UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNA M. HARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:11-cv-00870-MJD-WTL |
| | ) |
| MICHAEL J. ASTRUE Commissioner of the Social Security Administration, | ) ) |
| | ) |
| Defendant. | ) |

# Final Judgment

For the reasons set forth in the accompanying opinion, the Court now enters **FINAL JUDGMENT**, pursuant to 42 U.S.C. § 405(g), **AFFIRMING** the Commissioner's final decision denying benefits.

Dated: 08/23/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution: All counsel registered with CM/ECF.